IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ABDUL MALIK SISCO,<br><br>      *Plaintiff,*<br><br>v.<br><br>MIDLAND FUNDING, LLC, *et al.*,<br><br>      *Defendants.* | CIVIL ACTION<br>NO. 19-02715 |

## ORDER

**AND NOW**, this 15th day of January 2020, because Plaintiff Abdul Malik Sisco has failed to file and Amended Complaint as directed by the Court's three Orders (ECF Nos. 8, 10 & 11), it is hereby **ORDERED** that this action is **DISMISSED** without prejudice for failure to prosecute. The Clerk of Court shall **CLOSE** this case

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.